KARL J. LUNDQUIST, Appellant, *v.* IDA LUNDQUIST, Respondent.

*Husband and wife — action for separation.*

*Lundquist* v. *Lundquist*, 184 App. Div. 949, affirmed.

(Submitted October 14, 1920; decided November 16, 1920.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered June 22, 1918, affirming a judgment in favor of defendant entered upon a decision of the court on trial at Special Term in an action for a separation brought by husband against wife upon the ground of abandonment. The answer denied the abandonment and set up a counterclaim for separation from the plaintiff on the ground of cruel and inhuman treatment.

*Edward Snyder* for appellant.

*Louis W. Severy* and *Charles A. Ogren* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., COLLIN, HOGAN, POUND, MCLAUGHLIN, ANDREWS and ELKUS, JJ.